IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

                 Plaintiff,

          vs.

JASON WALKER,

                Defendant.

:

:

:

:

:

:

Case No.  3:00cr092(8)

JUDGE WALTER HERBERT RICE

-----------------------------------------------------------------------------------------------------------

JASON WALKER,

                Petitioner,

          vs.

UNITED STATES OF AMERICA,

                Respondent.

:

:

:

:

:

:

Case No. 3:04cv281

JUDGE WALTER HERBERT RICE

=========================================================

DECISION AND ENTRY ADOPTING UNOBJECTED TO SUBSTITUTE
REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE
JUDGE (DOC. #987) ON MOTION TO ALTER OR AMEND JUDGMENT
(DOC. #982); TERMINATION ENTRY

=========================================================

Pursuant to the reasoning and citations of authority set forth by the United

States Magistrate Judge in his unobjected to Substitute Report and

Recommendations (Doc. #987) on Petitioner's Motion to Alter or Amend the

Judgment (Doc. #982), as well as upon a thorough review of this Court's file and

the applicable law, this Court adopts the unobjected to Substitute Report and

Recommendations of the United States Magistrate Judge (Doc. #987) and, in so

doing, overrules the Defendant's Motion to Alter or Amend Judgment, filed

pursuant to Fed. R. Civ. P. 59(e) (Doc. #982).  Judgment will be entered

accordingly in favor of the Government and against Defendant-Petitioner herein on

both the captioned causes.

        The captioned causes are hereby ordered terminated upon the docket

records of the United States District Court for the Southern District of Ohio,

Western Division, at Dayton.


                                    /s/ Walter Herbert Rice
                                   _____
 February 22, 2007                    WALTER HERBERT RICE, JUDGE
                                      UNITED STATES DISTRICT COURT


Copies mailed to:

Jason Walker, Pro Se Petitioner
Vipal Patel, Esq.

-2-